924

No. 74–759.   United States v. Moore.   C. A. D. C. Cir.   Certiorari granted.

No. 74–538.   United States v. Watson.   C. A. 9th Cir.   Motion of respondent for leave to proceed in forma pauperis and certiorari granted.

No. 74–5182.   Zamorano v. Illinois.   App. Ct. Ill., 2d Dist.   Certiorari denied.

No. 74–5330.   Manuri v. California.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 74–5363.   Fulford v. Louisiana.   Sup. Ct. La. Certiorari denied.

No. 74–5390.   Muse v. Gunn, Warden.   Sup. Ct. Cal.   Certiorari denied.

No. 74–5446.   Richards v. United States.   C. A. 9th Cir.   Certiorari denied.

No. 74–5453.   Stagakis v. United States.   C. A. 3d Cir.   Certiorari denied.

No. 74–5454.   Thornton v. California.   Sup. Ct. Cal.   Certiorari denied.

No. 73–5808.   Jefferies v. Sugarman, Commissioner of Department of Social Services of the City of New York, et al.   C. A. 2d Cir.   Certiorari denied.